United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01804-MJC
Jefferey Lynn Beecroft, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Dec 03, 2024  Form ID: ntsempas  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefferey Lynn Beecroft, Jr., 228 California Ave, Shenandoah, PA 17976-1211 |
| 5632138 | + | Christa Beecroft, 228 California Ave, Shenandoah, PA 17976-1211 |
| 5632139 | + | Collection Bureu of Hudson, PO Box 846, Newburgh, NY 12551-0846 |
| 5632144 | + | JM Auto, 610 Gold Star Hwy, Shenandoah, PA 17976-2531 |
| 5632145 | | Majik Rent to Own, 10 Goldstar Highway, Shenandoah, PA 17976 |
| 5632147 | + | Own Leasing, 1207 Delaware Ave # 190, Wilmington, DE 19806-4743 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 03 2024 18:52:01 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632750 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 03 2024 18:52:13 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632135 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 03 2024 18:38:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5632136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2024 18:41:13 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5632137 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2024 18:41:13 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5632140 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2024 18:41:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5632141 | + | Email/Text: mrdiscen@discover.com | Dec 03 2024 18:38:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5632142 | | Email/Text: csr@fccfinance.com | Dec 03 2024 18:38:00 | FCC Finance LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 5632143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2024 18:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5632146 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 03 2024 18:38:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5632148 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 18:38:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5633182 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5632149 | + | Email/PDF: ebnotices@pnmac.com | Dec 03 2024 18:52:07 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5632150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Dec 03 2024 18:52:00 | SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 5632151 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 03 2024 18:52:01 | Wells Fargo Card Serv, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

**Name** **Email Address**

Brent J Lemon
on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com

Charles Laputka
on behalf of Debtor 1 Jefferey Lynn Beecroft Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Gregory Benjamin Schiller
on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Joseph P Schalk
on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Lawrence G. Frank
lawrencegfrank@gmail.com PA39@ecfcbis.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jefferey Lynn Beecroft Jr.

**Debtor 1**

**Debtor(s)**

Chapter: 7

Case number: 5:24−bk−01804−MJC

Document Number: 24

Matter: Motion to Convert Case to Chapter 13

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 23, 2024.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 1/7/25 Time: 10:00 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **December 17, 2024**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 3, 2024 |

ntsempas(05/18)