UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JEFFEREY LYNN BEECROFT, JR. | BK NO 5:24-01804-MJC |
| Debtors | |

**CERTIFICATE OF NO OBJECTION AND
REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtors, hereby certify the following:

1. The Motion to Convert was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2. The deadline for response to the Motion was December 17, 2024.

3. No objections, responses, or requests for hearing on the Application have been received, and as of December 18, 2024, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: December 18, 2024 /s/ *Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
1344 West Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Facsimile: (484)350-3581