UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
|  | : |  |
| JEFFEREY LYNN BEECROFT, JR. | : |  |
|  | : | BK NO 5:24-01804-MJC |
|  | : |  |
| Debtors | : |  |
|  | : |  |

## ORDER

Upon consideration of Debtor's Motion to Convert to Chapter 13, Dkt. # 24 ("Motion"), after notice to all parties entitled to notice, and no responses thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is converted to a Chapter 13 bankruptcy.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 23, 2024