IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     JEFFREY LYNN BEECROFT, JR. | : | |
|         DEBTOR | : | CASE NO. 5:24-bk-01804-MJC |
| | : | |
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | |
|         MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| JEFFREY LYNN BEECROFT, JR., | : | |
|         RESPONDENT | : | |

**CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S
MOTION FOR AN ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 707(b)(3)(B)**

Please withdraw the United States Trustee's Motion to Dismiss the within case filed on October 19, 2024, at Docket Entry Number 17 in light of the conversion to Chapter 13. **Debtor's counsel concurs in the withdrawal of the Motion.**

                                                       Respectfully submitted,

                                                       ANDREW R. VARA
                                                       UNITED STATES TRUSTEE

                                                       D. Troy Sellars
                                                       Assistant United States Trustee

                                                       By: /s/Joseph P. Schalk, Esquire
                                                       Joseph P. Schalk, Esquire
                                                       PA ID 91656
                                                       Office of the United States Trustee
                                                       1501 N. 6th Street, Box 302
                                                       Harrisburg, PA 17102
                                                       Tel.: (717) 221-4515
                                                       Email: Joseph.Schalk@usdoj.gov

Dated: January 2, 2025