In re:  
Jefferey Lynn Beecroft, Jr.  
    Debtor

Case No. 24-01804-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 16, 2025      Form ID: ntnew341      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefferey Lynn Beecroft, Jr., 228 California Ave, Shenandoah, PA 17976-1211 |
| 5632138 | + | Christa Beecroft, 228 California Ave, Shenandoah, PA 17976-1211 |
| 5632139 | + | Collection Bureu of Hudson, PO Box 846, Newburgh, NY 12551-0846 |
| 5632144 | + | JM Auto, 610 Gold Star Hwy, Shenandoah, PA 17976-2531 |
| 5632145 | | Majik Rent to Own, 10 Goldstar Highway, Shenandoah, PA 17976 |
| 5632147 | + | Own Leasing, 1207 Delaware Ave # 190, Wilmington, DE 19806-4743 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5632750 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 18:57:40 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5682169 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 18:45:58 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632135 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2025 18:47:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5632136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 18:45:57 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5632137 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 18:57:39 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5680405 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 18:56:56 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5632140 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2025 18:57:25 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5679603 | | Email/Text: mrdiscen@discover.com | Jan 16 2025 18:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5632141 | + | Email/Text: mrdiscen@discover.com | Jan 16 2025 18:47:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5632142 | | Email/Text: csr@fccfinance.com | Jan 16 2025 18:47:00 | FCC Finance LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 5632143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5680395 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 18:45:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5632146 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 16 2025 18:47:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5632148 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 18:48:00 | PA Department of Revenue, Bankruptcy Division |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 280946, Harrisburg, PA 17128-0946 |
| 5633182 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5632149 | + | Email/PDF: ebnotices@pnmac.com | Jan 16 2025 18:57:39 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5681734 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 18:46:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5632150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 18:57:23 | SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 5632151 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 18:57:21 | Wells Fargo Card Serv, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 Jefferey Lynn Beecroft Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jefferey Lynn Beecroft Jr.,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−01804−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 24, 2025<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2025 |

ntnew341 (09/23)