United States Bankruptcy Court

Middle District of Pennsylvania

In re:          Case No. 24-01804-MJC

Jefferey Lynn Beecroft, Jr.          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 24, 2025      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefferey Lynn Beecroft, Jr., 228 California Ave, Shenandoah, PA 17976-1211 |
| 5632138 | + | Christa Beecroft, 228 California Ave, Shenandoah, PA 17976-1211 |
| 5632139 | + | Collection Bureu of Hudson, PO Box 846, Newburgh, NY 12551-0846 |
| 5632144 | + | JM Auto, 610 Gold Star Hwy, Shenandoah, PA 17976-2531 |
| 5632145 | | Majik Rent to Own, 10 Goldstar Highway, Shenandoah, PA 17976 |
| 5632147 | + | Own Leasing, 1207 Delaware Ave # 190, Wilmington, DE 19806-4743 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5632750 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2025 19:03:44 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5682169 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2025 19:03:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632135 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2025 18:44:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5632136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2025 19:00:55 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5632137 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2025 18:49:19 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5680405 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2025 18:48:06 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5632140 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2025 19:02:25 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5679603 | | Email/Text: mrdiscen@discover.com | Feb 24 2025 18:44:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5632141 | + | Email/Text: mrdiscen@discover.com | Feb 24 2025 18:44:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5632142 | | Email/Text: csr@fccfinance.com | Feb 24 2025 18:44:00 | FCC Finance LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 5632143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2025 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5680395 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 19:00:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5632146 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 24 2025 18:44:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5690964 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2025 18:44:00 | Midland Credit Management, Inc., PO Box 2037, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 5632148 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2025 18:44:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5633182 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2025 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5632149 | + | Email/PDF: ebnotices@pnmac.com | Feb 24 2025 19:03:50 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5681734 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 18:49:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5632150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 19:01:43 | SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 5687885 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Feb 25 2025 05:42:09 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5632151 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 24 2025 19:02:46 | Wells Fargo Card Serv, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 Jefferey Lynn Beecroft Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jefferey Lynn Beecroft Jr.,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−01804−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 27, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 3, 2025<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2025 |

ntcnfhrg (08/21)